UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA
Western Division

U.S.A. vs. Keith Mizell                                                  Docket No. 2:00-CR-7-2-BO

**Petition for Action on Supervised Release**

COMES NOW Maurice J. Foy, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Keith Mizell, who, upon an earlier plea of guilty to Conspiracy to Possess With the Intent to Distribute At Least (50) Grams of a Mixture or Substance Containing Cocaine Base, 21 U.S.C. §§ 846 and 841(a)(1); Armed Bank Robbery and Aiding and Abetting, 18 U.S.C. §§ 2113(a)(d) and 2; and Possession and Use of a Firearm During a Crime of Violence, 18 U.S.C. § 924(c)(1), was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge on September 26, 2000, to the custody of the Bureau of Prisons for a term of 235 months. On June 2, 2009, the defendant's sentence for Count 1 was reduced to 130 months. His total term of imprisonment was therefore reduced from 235 to 214 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 60 Months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall submit a written weekly report to the probation office, if not regularly employed, of attempts to secure gainful employment.
2. The defendant is ordered to make restitution to East Carolina Bank in the amount of $82.00.

Keith Mizell is scheduled to be released on July 18, 2014, at which time the term of supervised release will commence.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Mr. Mizell is homeless. To help address this issue, the probation office is recommending that he be placed in a residential reentry center for a period of up to 180 days. This will allow the defendant adequate time to secure employment and hopefully his own residence. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall undergo placement in a residential reentry center for a period of up to 180 days as arranged by the probation office and abide by the conditions of that program during said placement.

Keith Mizell
Docket No. 2:00-CR-7-2BO
Petition For Action
Page 2

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/ Jeffrey L. Keller
Jeffrey L. Keller
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Maurice J. Foy
Maurice J. Foy
Senior U.S. Probation Officer
310 New Bern Avenue
Raleigh, NC 27601-1441
Phone: 919-861-8678
Executed On: July 2, 2014

## ORDER OF THE COURT

Considered and ordered this ___3___ day of __July__, 2014 and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge